**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Mohammad Hormozzadeh, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                  *Plaintiff,*

    - against -

Crown Fried Chicken 308, Inc., and Tarsem Singh,

                                  *Defendants.*
-------------------------------------------------------------X

Case No.: 22-cv-01865

**FED.R.CIV.P. 68 JUDGMENT**

       Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Crown Fried Chicken 308, Inc., and Tarsem Singh (collectively, the "Defendants") having offered to allow Plaintiff Mohammad Hormozzadeh ("Plaintiff") to take a judgment against the Defendants in this action for the total sum of Twenty-Seven Thousand Dollars and Zero Cents ($27,000.00), inclusive of reasonable attorney's fees, costs, and expenses, and apportioned to the legal representation of Plaintiff, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, Plaintiff's attorney having confirmed acceptance of Defendants' offer of judgment, it is,

       ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $27,000.00 as against Defendants.

       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: _____, 2022
       New York, New York

SO ORDERED:

_____
Hon. Allyne R. Ross
U.S.D.J.